Steven M. Hecht (SH-0414)
Jason Halper (JH-9957)
**LOWENSTEIN SANDLER PC**
Attorneys at Law
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
*Attorneys for Plaintiff*
*FaceTime Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FACETIME COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REUTERS LIMITED, <br><br> Defendant. | Civil Action No. 08-4730 (CM) <br> ECF CASE <br><br> **PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff FaceTime Communications, Inc. ("FaceTime") (a private, non-governmental party) hereby certifies that FaceTime does not have any parent corporations, and no publicly-held corporation owns 10% or more of FaceTime's stock.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

By: _____
Steven M. Hecht (SH-0414)

Dated: May 20, 2008