Steven M. Hecht (SH-0414)
Jason Halper (JH-9957)
**LOWENSTEIN SANDLER PC**
Attorneys at Law
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
*Attorneys for Plaintiff*
*FaceTime Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FACETIME COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REUTERS LIMITED, <br><br> Defendant. | ECF CASE <br> Civil Action No. 08-4730 (CM) <br><br><br> **NOTICE OF APPEARANCE OF JASON HALPER ON BEHALF OF PLAINTIFF** |

**PLEASE TAKE NOTICE** that Plaintiff FaceTime Communications, Inc. ("FaceTime") is represented by the firm Lowenstein Sandler PC. Jason Halper is counsel to Lowenstein Sandler PC, and is working on this matter on behalf of FaceTime. Mr. Halper is registered on the Court's CM/ECF system. Accordingly, FaceTime requests that any Notices of Electronic Filing in this case be sent to Mr. Halper at the following address: jhalper@lowenstein.com.

Respectfully submitted,

**LOWENSTEIN SANDLER PC**

By:  /s  Jason E. Halper (JH-9957)

Dated: May 22, 2008

21759/2
05/22/2008 7153416.1