Steven M. Hecht (SH-0414)
Jason Halper (JH-9957)
**LOWENSTEIN SANDLER PC**
Attorneys at Law
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
*Attorneys for Plaintiff*
*FaceTime Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FACETIME COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REUTERS LIMITED, <br><br> Defendant. | ECF CASE <br> Civil Action No. 08-4730 (CM) <br><br> **NOTICE OF APPEARANCE OF STEVEN HECHT ON BEHALF OF PLAINTIFF** |

**PLEASE TAKE NOTICE** that Plaintiff FaceTime Communications, Inc. ("FaceTime") is represented by the firm Lowenstein Sandler PC. Steven M. Hecht is a member of Lowenstein Sandler PC, and is lead counsel for FaceTime in this matter. Mr. Hecht is registered on the Court's CM/ECF system. Accordingly, FaceTime requests that any Notices of Electronic Filing be sent to Mr. Hecht at the following address: shecht@lowenstein.com.

    Respectfully submitted,

    **LOWENSTEIN SANDLER PC**

    By:  /s  Steven M. Hecht (SH-0414)

Dated:  May 23, 2008

21759/2
05/23/2008 7155353.1