UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
FACETIME COMMUNICATIONS, INC.,
        Plaintiff(s),

-against-

REUTERS LIMITED,
        Defendant(s).
-----------------------------------------------------X

Index No. 08-4730 (CM)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
        S.S.:
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 27th day of May 2008, at approximately 2:05 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT DEMAND FOR TRIAL BY JURY, PLAINTIFF'S RULE 7.1 (a) CORPORATE DISCLOSURE STATEMENT, CIVIL COVER SHEET, INDIVIDUAL PRACTICE OF JUDGE MCMAHON, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING AND GUIDELINES FOR ELECTRONIC CASE FILING** upon Reuters Limited at Three Times Square, New York, NY 10036, by personally delivering and leaving the same with Mary Ann Lenich, Executive Assistant, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Mary Ann Lenich is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall and weighs approximately 160 pounds with brown hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
28th day of May 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

FACETIME COMMUNICATIONS, INC.

V.

REUTERS LIMITED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4730

JUDGE McMAHON

TO: (Name and address of Defendant)

REUTERS LIMITED
THE REUTERS BUILDING
THREE TIMES SQUARE
NEW YORK, NY 10036

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN M. HECHT
JASON HALPER
LOWENSTEIN SANDLER PC
1251 AVENUE OF THE AMERICAS - 18TH FLOOR
NEW YORK, NY 10020
973-597-2500

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*Catherine Lapsley* (signature)
(By) DEPUTY CLERK

DATE: MAY 23 2008

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/27/08 @ 2:05 P.M. |
| NAME OF SERVER (PRINT) HECTOR FIGUEROA | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: REUTERS Limited, 3 Times Square NYC 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): MARY ANN LENICK Executive Assistant, white female 40 5'5 160 & brown hair

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

State & County of New York

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/28/08.
Signature of Server

401 Broadway, Suite 510
NYC 10013
Address of Server

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.