# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

FACETIME COMMUNICATIONS, INC., )
                                )    Civil Action No. 08-cv-4730 (CM)
                Plaintiff,    )
                                  )
v.                                        )
                                  )
REUTERS LIMITED,          )
                                  )
              Defendant.    )
                                  )

_____

## <u>DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Defendant Reuters Limited ("Reuters") certifies that Reuters is a private company

wholly owned by Thomson Reuters PLC (formerly Reuters Group PLC), which is a publicly

listed company.

        Dated:  June 16, 2008

                                Respectfully submitted,

                                     /s/
                                James F. Rittinger (JR 0556)
                                Justin E. Klein (JK 8865)
                                Satterlee Stephens Burke & Burke LLP
                                230 Park Avenue
                                New York, New York 10169
                                (212) 818-9200 (Phone)
                                (212) 818-9606 (Fax)
                                Attorneys for Defendant
                                Reuters Limited