Steven M. Hecht (SH-0414)
Jason Halper (JH-9957)
**LOWENSTEIN SANDLER PC**
Attorneys at Law
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
*Attorneys for Plaintiff*
*FaceTime Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FACETIME COMMUNICATIONS, INC., <br><br>              Plaintiff, <br><br> v. <br><br> REUTERS LIMITED, <br><br>              Defendant. | DOCUMENT ELECTRONICALLY FILED <br><br> Civil Action No.  08-4730 (CM) <br><br><br> **NOTICE OF PLAINTIFF FACETIME'S MOTION FOR SUMMARY JUDGMENT** |

TO:  James F. Rittinger                      Alexandre A. Montagu
      Satterlee Stephens Burke & Burke LLP   The Thomson Reuters Building
      230 Park Avenue, Suite 1130           3 Times Square
      New York, New York 10169             New York, New York 10036
      jrittinger@ssbb.com                       alex@montagulaw.com

        **PLEASE TAKE NOTICE** that Plaintiff FaceTime Communications, Inc. ("FaceTime") hereby moves before the Honorable Colleen McMahon, U.S.D.J., under Rules 56(a) and 56(c) of the Federal Rules of Civil Procedure, for an Order granting FaceTime summary judgment and awarding FaceTime the declaratory relief sought in this action.

        **PLEASE TAKE FURTHER NOTICE** that in support of this motion, FaceTime will rely upon the accompanying *(1)* Memorandum of Law in support of FaceTime's motion for summary judgment, *(2)* Declaration of Kailash Ambwani, *(3)* Declaration of Scott Case, *(4)*

2

Declaration of Deric Moilliet, *(5)* Declaration of Jim Obrien, and *(6)* Local Rule 56.1 Statement of Undisputed Material Facts.  A proposed Order is also being submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that under Section 2(D) of the Individual Practices of Judge McMahon, answering papers are to be served two weeks after receipt of the moving papers; and reply papers, if any, are to be served five business days later.

      Respectfully submitted,

      Steven M. Hecht (SH-0414)
      Jason Halper (JH-9957)
      **LOWENSTEIN SANDLER P C**
      1251 Avenue of the Americas, 18th Floor
      New York, New York 10020
      973.597.2500
      973.597.2400 (Fax)
      shecht@lowenstein.com
      *Attorneys for Plaintiff*
      *FaceTime Communications, Inc.*

      By: /s  Steven M. Hecht (SH-0414)

Dated:  June 16, 2008

2