UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| FACETIME COMMUNICATIONS, INC., ) | |
| ) | Civil Action No. 08-cv-4730 (CM) |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE OF** |
| v. ) | **JUSTIN E. KLEIN AS ONE OF THE** |
| ) | **ATTORNEYS ON BEHALF OF** |
| REUTERS LIMITED, ) | **DEFENDANT REUTERS LIMITED** |
| ) | |
| Defendant. ) | |
| ) | |

_____

TO THE CLERK OF THE COURT:

      I, Justin E. Klein, hereby appear as one of the attorneys for Defendant Reuters Limited in this proceeding and request that you provide electronic notification of filings in this case to me at jklein@ssbb.com.

Dated:  New York, New York
        June 19, 2008

    Respectfully submitted,

    SATTERLEE STEPHENS BURKE & BURKE LLP


    By: ____/s/_____
        Justin E. Klein (JK 8865)
    230 Park Avenue
    New York, New York 10169
    (212) 818-9200 (Phone)
    (212) 818-9606 (Fax)
    Attorneys for Defendant Reuters Limited

738444_1