UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FACETIME COMMUNICATIONS, INC., | **ECF FILED** |
| Plaintiff, | |
| - against- | No. 08 Civ. 4730 (CM)(KNF) |
| REUTERS LIMITED, | |
| Defendant. | |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Eran Barak and the exhibits annexed thereto; the accompanying Declaration of Ann Demirtjis and the exhibits attached thereto; the accompanying Declaration of Mark Hadley; the accompanying Declaration of Christopher Lamb; and the accompanying Memorandum of Law, and upon all the pleadings and proceedings had herein, defendant Reuters Limited ("Reuters"), by and through its undersigned attorneys, Satterlee Stephens Burke & Burke LLP, will cross-move this Court, at the Courthouse located at 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(1) and/or 12(c), dismissing the complaint of plaintiff FaceTime Communications, Inc. in an exercise of the court's discretion under the Declaratory Judgment Act, 28 U.S.C. § 2201, and for such other and further relief as this Court deems proper.

739675_1

Dated:  New York, New York
        July 1, 2008

                                         SATTERLEE STEPHENS BURKE & BURKE LLP

                                         By: /s/ James F. Rittinger
                                                  James F. Rittinger (JR-0556)
                                                  Justin E. Klein (JK-8865)
                                                  Glenn C. Edwards (GE-0696)
                                      Attorneys for Defendant Reuters Limited
                                      230 Park Avenue
                                      New York, New York 10169
                                      (212) 818-9200

TO:  Steven M. Hecht, Esq.
     Jason Halper, Esq.
     Lowenstein Sandler PC
     1251 Avenue of the Americas, 18th Floor
     New York, NY 10020

     *Attorneys for Plaintiff*