

# MEMO ENDORSED

Steven M. Hecht
Member of the Firm
Tel 973 597 2380
Fax 973 597 2381
shecht@lowenstein.com

July 18, 2008

**VIA ECF**

The Honorable Colleen McMahon, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

*Decision will be out tomorrow*

*Colleen McM 7/21/08*

Re:   FaceTime Communications, Inc. v. Reuters Limited
      Civil Action No.: 08-4730 (CM)

Dear Judge McMahon:

We are counsel for Plaintiff FaceTime Communications, Inc. On behalf of FaceTime and Defendant Reuters, and in connection with the upcoming conference before Your Honor on July 25, enclosed is the parties' proposed civil case management plan.

As Your Honor knows, both FaceTime and Reuters have filed dispositive motions that are currently pending. Accordingly, the parties have agreed that the discovery-related dates in the proposed case management plan will become effective only if the dispostive motions are denied -- given that, among other things, Your Honor's ruling on the pending motions could decide this dispute, or at the very least narrow the issues in the case. If the motions are denied, the parties have agreed that all discovery will be completed within six months of Your Honor's decision.

The parties look forward to discussing this case with Your Honor at the July 25 conference.

Respectfully submitted,

*Steven Hecht/JEH*
Steven M. Hecht

21759/2
07/18/08 9195447.1

Enclosure

cc:   James F. Rittinger, Esq. (via E-mail; w/encl.)
      Alexandre A. Montagu, Esq. (via E-mail; w/encl.)
      Jason Halper, Esq.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

Lowenstein Sandler PC                                            www.lowenstein.com

Reply:  1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402
        65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400